## Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Derek J. Fahnestock
(302) 351-9347
dfahnestock@morrisnichols.com

March 3, 2022

The Honorable Leonard P. Stark                       *VIA ELECTRONIC MAIL*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Bausch & Lomb Incorporated, et al. v. EyeScience Labs LLC;*
              C.A. No. 21-730 (LPS)

Dear Judge Stark:

      Plaintiffs Bausch & Lomb Incorporated and PF Consumer Healthcare 1 LLC (collectively "Bausch & Lomb") write regarding their pending Motion for Default Judgment and Order Granting Permanent Injunctive Relief (D.I. 13) ("Motion for Default Judgment") in this action.

      This action was filed May 24, 2021, and a Default was entered by the Clerk on September 28, 2021. Bausch & Lomb filed the Motion for Default Judgment on November 3, 2021. The Defendant has not responded to that motion. Bausch & Lomb requests that the Court enter the proposed Order attached to its motion (D.I. 13-1).

                                      Respectfully,

                                      */s/ Derek J. Fahnestock*

                                      Derek J. Fahnestock (#4705)

DJF/lo
Enclosure
cc:     Clerk of the Court (via CM/ECF)
         All Counsel of Record (via CM/ECF and e-mail)